```
1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748
```



**FILED**

SEP 09 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Microsoft Online Services, )<br>1065 La Avenida )<br>Mountain View, CA, related )<br>to email account )<br>jeffe@hotmail.com )<br>_____ ) | Case No. 2:09-SW-0013 GGH<br><br>[~~PROPOSED~~] ORDER TO<br>UNSEAL SEARCH WARRANT |

Upon consideration of the attached motion of the United States of America, by Assistant U.S. Attorney Russell L. Carlberg, it is hereby

**ORDERED**

1. That the search warrant and supporting affidavit in the above-entitled matter be immediately unsealed.

Date: __9/9/__, 2011

_____
DALE A. DROZD
United States Magistrate Judge